# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE D. WALLACE,   ) | Case No. CV 09-1329-SJO (JEM) |
| )  Petitioner,   ) | **JUDGMENT** |
| v.   ) | |
| JOHN MARSHALL, Warden,   ) | |
| )  Respondent.   ) | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED:  December 4, 2009

*S. James Otero*
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE