FILED
CLERK, U.S. DISTRICT COURT

FEB - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE D. WALLACE,<br><br>   Petitioner,<br><br>  v.<br><br>JOHN MARSHALL, Warden,<br><br>   Respondent. | Case No. CV 09-1329-SJO (JEM)<br><br>AMENDED ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections to the Report and Recommendation, and the Court has made a <u>de novo</u> determination of those portions of the Report and Recommendation to which Petitioner has objected. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

  **IT IS HEREBY ORDERED** that Respondent's Motion to Dismiss the Petition as untimely be granted and that judgment be entered denying and dismissing the Petition with prejudice.

DATED: 2/8/2010

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE